UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

(TAMPA DIVISION)

Case No. 252019 CS 00377
Remove from the Circuit Court
In and for Hardee County.

WILLIAM RYAN,

    Plaintiff,

v.

MMM SERVICES, INC.,
A Florida corporation,

    Defendant.
_____/

## DEFENDANT'S NOTICE OF REMOVAL OF CIVIL ACTION

Defendant, MMM SERVICES, INC., a Florida Corporation, by and through its undersigned counsel hereby provides Notice to this Court of the Removal of this case from the Circuit Court of the Tenth Judicial Circuit in and for Palm Beach County, Florida to this Court and states as follows:

On September 25, 2019, Plaintiff commenced this action in the Circuit Court of the Tenth Judicial Circuit in and for Hardee County. Case No. 252019 CS 00377 entitled *Williams Ryan v MMM Services, Inc.*

Summons and Complaint were served on Defendant on September 30, 2019.

Plaintiff removes this matter under original federal questions jurisdiction under 28 U.S.C. 1441(a).

**I.      STATEMENT OF THE GROUNDS FOR REMOVAL**

This Notice of Removal is based on federal question jurisdiction pursuant to 28 U.S.C. § 1331, 1367, 1441 and 1446.

**II.     EXHIBITS SUBMITTED IN SUPPORT OF NOTICE OF REMOVAL**

In accordance with 28 U.S.C. 1446(a) and Local Rules for the Middle District of Florida rule 4.02(b) copies of all process, pleadings, papers and orders now on file in the state court are attached as set forth below:

- Federal Civil Cover Sheet
- Complaint
- Answer and Affirmative Defenses
- State Court Other Documents
    - Motion for Clerk's Default
    - Motion to Set Aside Default
    - Agreed Order on Motion Setting Aside Clerk's Default
    - Plaintiff's First Set of Interrogatories to Defendant
    - Plaintiff's First Request for Production
    - Plaintiff's First Request for Admissions
- Docket Sheet

**III.    TIMELINESS OF REMOVAL**

This Notice of Removal is based upon based upon 28 U.S.C. §§ 1331 and 1441. Those sections provide that an action shall be removable if the Federal Court has original jurisdiction over the subject matter of the Complaint. 28 U.S.C. 1441. Original jurisdiction arises where the controversy

in the civil action involves a "federal question." 28 U.S.C. § 1331. Here there is a claim under the federal statute 29 U.S.C. § § 201, 207

## IV. BASIS FOR FEDERAL QUESTION JURISDICTION

This Court has federal question jurisdiction over this action pursuant to 28 U.S.C. § 1331 in the jurisdiction and venue section of the Complaint. Plaintiff alleges violation of the Fair Labor Standards Act, 29 U.S.C. § 207.

## V. OTHER MATTERS

Following the filing of this Notice with the Court, written notice of the filing of same will be provided to the attorney for Plaintiff as required by law.

Notice of this removal will be filed with the clerk of court of the Circuit Court in and for Hardee County, Florida.

## VI. CONCLUSION

Wherefore, this Court has original federal question of jurisdiction of the action under 28 U.S.C. § 1331 and the action is removable pursuant to the provision of 28 U.S.C. §§ 1441 and 1446. As such, Defendant respectfully hat this action proceed in this Court as an action properly removed pursuant to 28 U.S.C. § 1331, 1367, 1441 and 1446.

### CERTIFICATE OF SERVICE

**I hereby certify** that a true and correct copy of the foregoing was served by electronic filing on January 27, 2020 on all counsel or parties of record on the Service List below.

> s/Cathleen Scott
> Cathleen Scott, Esq.
> Florida Bar No. 135331
> Primary e-mail: CScott@scottwagnerlaw.com
> Secondary e-mail: mail@scottwagnerlaw.com
> SCOTT WAGNER & ASSOCIATES, P.A.
> Jupiter Gardens
> 250 South Central Boulevard, Suite 104-A
> Jupiter, FL 33458

        Telephone: (561) 653-0008
        Facsimile: (561) 653-0020
        Secondary Address: 101 Northpoint Parkway
        West Palm Beach, FL 33407
        www.ScottWagnerLaw.com

## **SERVICE LIST**
## **CASE NO. 252019CA000377**

Noah E. Storch, Esq.
Florida Bar No. 0085476
Alexandra R.F. Scala, Esq.
Florida Bar No. 98770
Richard Cellar Legal, P.A.
10368 W. State Road 84, Suite 103
Davie, FL 33324
T: (866)344-9243
F: (954)337-2771
noah@floridaovertimelawyer.com
alexandra@floridaovertimelawyer.com
Via email